UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 25-1367

---

ESSINTIAL ENTERPRISE SOLUTIONS, LLC

v.

THE UNITED STATES SMALL BUSINESS ADMINISTRATION;
ADMINISTRATOR UNITED STATES SMALL BUSINESS ADMINISTRATION;
SECRETARY UNITED STATES DEPARTMENT OF TREASURY;
THE UNITED STATES OF AMERICA,
Appellants.

---

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(No. 1:22-cv-01507)
District Judge: Honorable Julia K. Munley

---

Argued: December 3, 2025

Before: CHAGARES, *Chief Judge*, FREEMAN and BOVE, *Circuit Judges*.

---

JUDGMENT

---

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on December 3, 2025.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the December 30, 2024 order of the District Court is **REVERSED** and this matter is **REMANDED** to the District Court for further proceedings. Each party shall bear its own costs.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: February 3, 2026